# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-cr-5091-JLB |
| Plaintiff, | **ORDER AND JUDGMENT** |
| v. | |
| ASHU KUMAR (1), RAVINDERBIR SINGH (2), | |
| Defendants. | |

Upon application of the United States and good cause appearing thereof,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case is dismissed without prejudice.

DATED: 1/16/2020

_____
HON. JILL L. BURKHARDT
United States Magistrate Judge